


Paul Weldon

P. O. box 9094

Fresno, California [94209]

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA – ~~Sacramento~~ Fresno

Paul Weldon,

    Plaintiff,

Vs.

JERRY DYER, JHON CONLEE

ECONOMY TOWING, DOES 1 - 50

1:13 CV 00540 LJO SAB

**SUMMONS AND COMPLAINT**

42USC §§ 1981, 1983, 1985, 1986

1. On 4-18-11, John conlee forced me to pull into a lot and without Provocation, reached in, jerked my keys out of the ignition switch without provocation and slammed them on the top of the car.

2. I demanded john conlee to take me immediately before the magistrate as this is my constitutional right to Due Process.

3. john conlee made light of my demands and offered a retort ignoring my right to Due Process and failed to administer Due Process rights.

4. As he continued to Violate my constitution rights, I had a call from my counsel, and out of respect for conlee, I asked my counsel to hold while I talk to conlee, and put the phone down on the dash board.

5. After talking with conlee over the initial arrest john Conlee reached in the car door, reached over my shoulder and abruptly turned my phone off and threw it in the passenger seat.

-1-

6. This was Also a Violation of my Constitutional right to have counsel of my choice present during interrogation.

7. As conlee proceeded to violate my constitutional rights, he ordered my out of the car, and due to the intimidation and provocations of violations of my constitutional rights that conlee had already ignored and gave disregard to as well as scoffed at my rights, I exited the car as I thought he might have tried to shot me and kill me also without provocation.

8. With the over zealous attitude and abuse of his authority, out of fear and intimidation, I exited the car, and he immediately grabbed my arms and proceeded to manhandle me and twist my arms both up into a position, that of such it was as when one servant held down a homeless man in a Fresno park so another servant can beat him and sock him in the face and head several times about a year ago.

9. I felt as if that was going to happen all over again as conlee gave NO regard to my rights nor my insouciant cooperation, as I gave NO provocation for conlee to manhandle me and abuse me treating me as If I was an escaping bank robber.

10. Jhon conlee took no regard as he was Injuring my shoulders as he jerked my arms behind me, crushing my fingers holding and crushing my hands together as he abruptly slapped his hands cuffs tightly around my wrists almost as if conlee was trying to torture me for something someone else did or said to him, inflicting physical and emotional pain and injury on a senior.

11. This is a clear picture of Elder Abuse.

12. John conlee proceeded to rummage through my pockets as if he were trying to find a weapon or something of sorts, and without provocation, nor did he have any type of warrant for the illegal and unlawful search and seizure of my property.

13. During the unlawful search and seizure, conlee dropped one of my expensive pagers and damaged a valuable piece of my property causing me Undue stress and emotional distress.

14. After he finished torturing me, he went to the rear license plate and saw the year tab was taped on as I had trouble making the tab adhere to the plate. Conlee ripped it off of the plate without provocation. The registration was completely in order and conlee, in his omnipotence state and abuse of authority, ripped it off out of spite and without provocation.

15. John conlee called a tow company and made them tow my car without due process and without a hearing, off of private property without the owners consent.

16. I Paul Weldon the plaintiff in this civil action does make the following claims:

I believe the defendants to be residents of county of San Joaquin residing or doing business in Fresno California which is in the jurisdiction of this court.

This Complaint pertains to the week beginning April 18, 2011 and is based upon the following points:

A. Plaintiff has a natural right to recoup damages and suffering from stress and strain perpetrated by, and the d property wrongfully detained by the defendants.

B. Through such acts, defendants are forcing plaintiff to associate with defendants against plaintiff's will. Defendants(s) know that the property wrongfully detained is necessary to the plaintiff to avoid loss of liberty, property and family

C. Defendants must restore to plaintiff, the damages caused by defendants and their wrongful patterns and practices.

## DEMAND FOR RELIEF

4. Whereby based upon the forgoing, plaintiff is entitled to and requests judgment against the defendants, as one month's rental/lease upon the subject property, or as damages for one month's harassment, the sum of $200,000.00 and/or other relief as the court may deem appropriate and just association with this action.

5. Defendants have NO right title and interest to in plaintiff's property such that defendants can seize such property without a warrant and without due process
(U.S. Const amend. V, XIV)

I state under penalty of perjury that the foregoing is true and correct to the best of my Knowledge.

Dated, 4-14-13

Affiant, *Paul Weldon* (signature)

Paul Weldon De Jur Soli, Sanguinis, Coronia
P. O. Box 9094
Fresno, California [93790]

-4-