# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON, | Case No. 1:13-cv-00540-LJO-SAB |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| JERRY DYER, et al., | ECF NO. 3 |
| Defendants. | |

On April 15, 2013, Plaintiff Paul Weldon ("Plaintiff") filed a motion to proceed in forma pauperis. (ECF No. 3.) On April 19, 2013, the Court ordered Plaintiff to submit a long form application to proceed in forma pauperis or pay the filing fee in full. Plaintiff paid the filing fee in full on May 14, 2013. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis is DENIED as moot. (ECF No. 3.)

IT IS SO ORDERED.

Dated:   **May 15, 2013**

UNITED STATES MAGISTRATE JUDGE