# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY DYER, et al.,<br><br>　　　　　Defendants. | Case No.  1:13-cv-00540-LJO-SAB<br><br>ORDER DENYING MOTION TO AMEND PARTY NAME<br><br>ECF NO. 8 |

On May 23, 2013, Plaintiff Paul Weldon ("Plaintiff") filed a notice informing the Court that he "misspelled the tow company," which the Court interprets as a motion to amend the name of a party in this action.  (ECF No. 8.)  In light of the Court's May 21, 2013 order dismissing Plaintiff's First Amended Complaint with leave to amend (ECF No. 7), Plaintiff's motion is moot.  Plaintiff's may simply correct the name of the party if he opts to amend his complaint.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to amend the party's name is DENIED.

IT IS SO ORDERED.

Dated:   **May 24, 2013**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1