# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>   Plaintiff,<br><br>  v.<br><br>JERRY DYER, et al.,<br><br>   Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 12 |

On June 26, 2013, the magistrate judge issued a Findings and Recommendations recommending that certain claims be dismissed from Plaintiff Paul Weldon's ("Plaintiff") Second Amended Complaint and that this action proceed solely on the claims found to be cognizable. (ECF No. 12.) The Findings and Recommendations included notice that any objections must be filed within thirty (30) days.

On July 8, 2013, Plaintiff filed a statement indicating that he has no objections to the Findings and Recommendations. (ECF No. 13.) No other party has made an appearance in this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

/ / /

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations dated June 26, 2013 are ADOPTED IN FULL (ECF No. 12);

2. Plaintiff's claims against Defendant Jerry Dyer and Plaintiff's claims under 42 U.S.C. § 1986 are DISMISSED, without leave to amend; and

3. This action shall proceed on Plaintiff's claims against Defendants Conlee, Econo Towing and John Doe #1-3 under the Fourth Amendment (excessive force, unreasonable search and unreasonable seizure) and under the Fourteenth Amendment (failure to provide sufficient notice regarding the seizure of Plaintiff's vehicle).

IT IS SO ORDERED.

Dated: **July 9, 2013**                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

2