# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY DYER, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER DIRECTING ISSUANCE OF SUMMONSES AND NEW CASE DOCUMENTS |

Plaintiff Paul Weldon ("Plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2013, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and found that it states cognizable claims against Defendants John Conlee, Econo Towing and John Doe #1-3. Accordingly, the Court finds that issuance of summonses and service of the complaint is appropriate. Plaintiff shall effectuate service of the summonses and complaint within 120 days from the date of this order. Plaintiff is forewarned that the failure to timely serve the summonses and complaint may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 4(m).

/ / /

/ / /

/ / /

/ / /

1

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue summonses as to Defendants John Conlee and Econo Towing[1];

2. Plaintiff shall serve the summonses and copies of the complaint on Defendants John Conlee and Econo Towing within 120 days of the date of this order; and

3. The Clerk of the Court is directed to issue new case documents for this case.

IT IS SO ORDERED.

Dated:   **July 9, 2013**

UNITED STATES MAGISTRATE JUDGE

---

[1] Summonses as to John Does #1-3 shall be issued after Plaintiff ascertains their true identities and amends his complaint accordingly.

2