# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>        Plaintiff,<br><br>   v.<br><br>JERRY DYER, et al.,<br><br>        Defendants. | Case No.  1:13-cv-00540-LJO-SAB<br><br>ORDER RESCHEDULING INITIAL SCHEDULING CONFERENCE |

On October 11, 2013, the parties in this action filed a stipulation to reschedule the initial scheduling conference.  (ECF No. 22.)  The Court will approve the stipulation and reschedule the initial scheduling conference for **December 10, 2013 at 3:00 p.m. in Courtroom 9 (SAB)**.  The parties shall file a Joint Scheduling Report one (1) full week prior to the rescheduled initial scheduling conference.  If the parties are unable to coordinate the preparation of a Joint Scheduling Report, each party's separate scheduling report must be filed one (1) full week prior to the rescheduling initial scheduling conference.

Due to the press of business, the Court will not grant any further extensions of the initial scheduling conference date.

In accordance with the foregoing, it is HEREBY ORDERED that:

1. The initial scheduling conference previously scheduled for October 15, 2013 is VACATED; and

2. The initial scheduling conference is rescheduled for December 10, 2013 at 3:00 p.m. in Courtroom 9 (SAB).

IT IS SO ORDERED.

Dated: **October 11, 2013**

UNITED STATES MAGISTRATE JUDGE