# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY DYER, et al.,<br><br>    Defendants. | Case No.  1:13-cv-00540-LJO-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION<br><br>ECF NO. 49 |

On May 19, 2014, Plaintiff Paul Weldon ("Plaintiff") filed a motion "For Leave to File Brief in Opposition to Defendants ... Motion to Dismiss ... Out of Time."  (ECF No. 49.) Plaintiff's motion appears to request leave to file a late opposition to Defendants' motion to dismiss.

Plaintiff filed his motion concurrently with his opposition.  Under Local Rule 230(c), oppositions to motions must be filed "not less than fourteen (14) days preceding the noticed (or continued) hearing date."  The hearing date for Defendants' motion to dismiss is June 4, 2014, making Plaintiff's opposition due on May 20, 2014.  Therefore, Plaintiff's opposition filed on May 19, 2014 was not untimely and Plaintiff's motion is unnecessary.

/ / /

/ / /

/ / /

1

1 | Based upon the foregoing, Plaintiff's motion to file a late opposition is DENIED as it is
2 | unnecessary.

IT IS SO ORDERED.

Dated: **June 4, 2014**

UNITED STATES MAGISTRATE JUDGE