# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>         Plaintiff,<br><br>     v.<br><br>JERRY DYER, et al.,<br><br>         Defendants. | Case No.  1:13-cv-00540-LJO-SAB<br><br>ORDER CONSOLIDATING CASE |
| PAUL WELDON,<br><br>         Plaintiff,<br><br>     v.<br><br>ECONOMY TOWING, et al.,<br><br>         Defendants. | Case No.  1:14-cv-00549---SKO<br>New Case No.  1:14-cv-00549-LJO-SAB<br><br>ORDER REASSIGNING AND<br>CONSOLIDATING CASE |

Plaintiff Paul Weldon ("Plaintiff") filed two actions: the first on April 15, 2013 and the second on April 18, 2014.  The complaints in both action are similar in that they both concern an April 18, 2011 incident where Plaintiff was pulled over by police officer John Conlee and Plaintiff's car was towed.

Federal Rule of Civil Procedure 42 provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions. . . ." Fed. R. Civ. P. 42 (a)(2).  "The district court has broad discretion under this rule to consolidate cases pending in

the same district." Investors Research Co. V. U.S. Dist. Court for Cent. Dist. of California, 877 F.2d 777 (9th Cir. 1989).  In determining whether to consolidate cases, "a court weighs the interest of judicial convenience against the potential for delay, confusion and prejudice caused by consolidation."  Southwest Marine, Inc. v. Triple A Mach. Shop, Inc., 720 F.Supp. 805, 807 (N.D. Cal. 1989).

These actions contain identical allegations involving the police officer and what is likely to be the same towing company (identified as "Econo Towing" in one action and "Economy Towing" in the other).  There is little, if any, danger of delay, confusion or prejudice by consolidating these actions.  Further, consolidation will maximize the Court's scare resources. Therefore, consolidation of these actions is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to reassign the following case to the docket of United States District Judge Lawrence J. O'Neill and United States Magistrate Judge Stanley A. Boone:

   a. Weldon v. Economy Towing, No. 1:14-cv-00549---SKO, the new case number shall be 1:14-cv-00549-LJO-SAB;

2. The Clerk's Office is directed to consolidate Weldon v. Dyer, Case No. 1:13-cv-00540-LJO-SAB and Weldon v. Economy Towing, No. 1:14-cv-00549-LJO-SAB;

3. Weldon v. Dyer, Case No. 1:13-cv-00540-LJO-SAB shall be designated as the lead case; and

4. The parties are instructed to file all documents in Case No. 1:13-cv-00540-LJO-SAB

IT IS SO ORDERED.

Dated:   **June 12, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE