# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY DYER, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER TO SHOW CAUSE WHY PLAINTIFF'S FILING SHOULD NOT BE DISREGARDED |

   On April 18, 2014, Plaintiff filed a document with the Court entitled "Conversion." The Clerk of the Court construed this document as a complaint in a new matter and opened a new case, Paul Weldon v. Economy Towing, Case No. 1:14-cv-00549. However, upon the Court's review, it is unclear how or why this document would be intended to be construed as a complaint in a new matter, as it appears to allege facts that are identical to the facts alleged in this action.

   On June 12, 2014, the Weldon v. Economy Towing action was consolidated with this action. (ECF No. 56.) Given the uncertain nature of Plaintiff's filing, the Court will order Plaintiff to show cause and demonstrate the purpose of the "Conversion" document. To the extent that it raises any claims that are different from the claims already raised in this action, Plaintiff shall clearly identify these new claims and demonstrate how they are distinguishable from the claims already asserted in this action. Plaintiff is advised that if he fails to respond to this order, the Court will presume that the "Conversion" document was filed in error and will

strike it from the record.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff shall SHOW CAUSE what the purpose of the "Conversion" document is;

2. Plaintiff shall file a written response to this order to show cause no later than **Wednesday, July 2, 2014**; and

3. Plaintiff shall appear **in person** for a show cause hearing on **Wednesday, July 9, 2014 at 10:00 a.m.** in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **June 13, 2014**

UNITED STATES MAGISTRATE JUDGE