# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON, | Case No. 1:13-cv-00540-LJO-SAB |
| Plaintiff, | ORDER SETTING FURTHER SCHEDULING CONFERENCE |
| v. | |
| JERRY DYER, et al., | |
| Defendants. | |

On June 20, 2014, Defendant John Conlee, in conjunction with Defendant Econo Towing, filed a request for a scheduling conference. (ECF No. 62.) Defendants request a further scheduling conference to discuss modification of the scheduling order because Econo Towing had not yet appeared in this action when the first scheduling conference took place and therefore did not participate in setting the current schedule.

Based upon the foregoing, IT IS HEREBY ORDERED that all parties shall appear for a further scheduling conference on July 9, 2014 at 10:00 a.m. All parties shall come prepared to discuss appropriate modifications to the scheduling order.

IT IS SO ORDERED.

Dated: **June 23, 2014**

UNITED STATES MAGISTRATE JUDGE

1