# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON, | Case No. 1:13-cv-00540-LJO-SAB |
| Plaintiff, | ORDER DISCHARGING ORDERS TO SHOW CAUSE |
| v. | ECF NO. 55, 61 |
| JERRY DYER, et al., | |
| Defendants. | |

On June 4, 2014, the Court issued to Plaintiff an order to show cause why sanctions should not be imposed for failing to appear at the hearing on Defendants' motion to dismiss. (ECF No. 55.) In response to the order to show cause, Plaintiff claims that he was unaware that he was required to appear at the hearing in-person and believed that the motion would be decided on the papers.

Plaintiff's response is unsatisfactory. Defendants' motion noticed a specific date, time, and place for the hearing on the motion. The Local Rules specifically state that appearances are required. See Local Rule 230(i). Nothing in the Federal Rules of Civil Procedure, the Local Rules or the Court's record suggests that attendance at the hearing was not required. Plaintiff may not blindly assume that this Court's procedures are identical to procedures in state traffic court, as Plaintiff indicated at the hearing.

///

1

However, the Defendants have not filed a memorandum setting forth their costs and attorney's fees, as ordered in the June 4, 2014 order to show cause. Accordingly, the Court will not issue monetary sanctions and the order to show cause will be discharged.

On June 13, 2014, the Court issued to Plaintiff a second order to show cause why the document entitled "Conversion" filed in Paul Weldon v. Economy Towing, Case No. 1:14-cv-00549, should not be disregarded as duplicative. Plaintiff's response indicates that he intended this document to assert new causes of action against Defendants. In light of the consolidation of the two actions and the motion to amend the complaint filed by Plaintiff, the Court will discharge the order to show cause and address the issue in its order on Plaintiff's motion to amend.

Based upon the foregoing, the Court's June 4, 2014 order to show cause and June 13, 2014 order to show cause are DISCHARGED.

IT IS SO ORDERED.

Dated:   **July 9, 2014**

UNITED STATES MAGISTRATE JUDGE