# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>        Plaintiff,<br><br>    v.<br><br>JERRY DYER, et al.,<br><br>        Defendants. | Case No.  1:13-cv-00540-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 44, 54 |

On June 4, 2014, the magistrate judge issued Findings and Recommendations recommending that Defendants' motion to dismiss be denied.  (ECF No. 54.)  The Findings and Recommendations included notice that any objections must be filed within thirty (30) days.  No party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations dated June 4, 2014 are ADOPTED IN FULL (ECF No. 54); and

/ / /

/ / /

1

2. Defendants' Econo Towing, Beryle Dodson, Marty Kodman and Robert Kodman's motion to dismiss is DENIED.

IT IS SO ORDERED.

Dated: **July 9, 2014**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2