UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL WELDON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JERRY DYER,** *et al.***,**<br><br>    Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER REFERRING PENDING MOTION TO STRIKE TO MAGISTRATE JUDGE STANLEY A. BOONE (DOC. 79) |

On September 19, 2014, Defendants John Conlee and Jerry Dyer ("Defendants") filed a motion to strike portions of Plaintiff's Fourth Amended Complaint. (ECF No. 79.) The Court has reviewed the pending motion, and due to the Court's impacted docket, priority of criminal cases over civil matters, and the Magistrate Judge's familiarity with the issues raised, the Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. Magistrate Judge consent forms are available on this Court's website.[1]

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to strike is **REFERRED** to Magistrate Judge Stanley A. Boone;

2. The hearing scheduled for October 22, 2014 at 8:30 a.m. in Courtroom 4 (LJO) before

---

[1] http://www.caed.uscourts.gov/caednew/index.cfm/judges/consent-to-proceed-before-a-magistrate-judge/

1

District Judge Lawrence J. O'Neill is **VACATED**; and

3. The parties are hereby informed that Magistrate Judge Stanley A. Boone's Chambers will set a new hearing date at the Court's convenience.

IT IS SO ORDERED.

Dated:   **September 22, 2014**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

2