# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY DYER, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER DENYING MOTION FOR PROTECTIVE ORDER<br><br>ECF NO. 83 |

On October 9, 2014, Plaintiff Paul Weldon ("Plaintiff") filed a motion requesting a protective order prohibiting Defendants from conducting a videotaped deposition of Plaintiff. (ECF No. 83.) Plaintiff informs the Court that Defendants noticed a deposition of Plaintiff to take place on November 4, 2014. Plaintiff contends that the deposition is improper because the deposition serves no purpose other than to harass Plaintiff.

The Court is not persuaded by Plaintiff's argument. While depositions may be inconvenient, <u>all</u> litigants who file lawsuits in court must face the prospect of being deposed, just as the Defendants in this action may be deposed by Plaintiff, if so desired. Plaintiff's contention that a deposition would have no purpose is without merit. Defendants are entitled to question Plaintiff regarding the circumstances of his claims and the nature of his damages. Contrary to Plaintiff's arguments otherwise, Plaintiff's damages are not "self-evident." Plaintiff contends that he feels uncomfortable at the prospect of being "put under the microscope" in a deposition.

1  Again, all plaintiffs who file lawsuits in court must deal with the possibility of being deposed.
2  The Court will not deny Defendants the opportunity to investigate the facts simply because
3  Plaintiff does not want to participate.  Plaintiff must abide by the same rules and procedures that
4  Defendants must abide by according to the Federal Rules of Civil Procedure, including those
5  rules and procedures governing depositions and other discovery requests.  Depositions in this
6  format are appropriate and often used by litigants in cases before this court.

7       Based upon the foregoing, Plaintiff's motion for a protective order is DENIED.

IT IS SO ORDERED.

Dated:   **October 10, 2014**                                                    
                                                             UNITED STATES MAGISTRATE JUDGE