# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY DYER, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 79, 86 |

On October 24, 2014, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Defendant's motion to strike be denied. (ECF No. 86.) The Findings and Recommendations contained notice that any objections were to be filed within thirty (30) days. To date, no party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The October 24, 2014 Findings and Recommendations are ADOPTED IN FULL (ECF No. 86); and
2. Defendant's motion to strike is DENIED.

IT IS SO ORDERED.

　Dated:　**December 3, 2014**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE