# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JERRY DYER, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER DISREGARDING PLAINTIFF'S JANUARY 26, 2015 FILINGS<br><br>ECF NO. 89, 90, 91 |

On January 26, 2015, Plaintiff Paul Weldon ("Plaintiff") filed several documents, which appear to be Plaintiff's responses to interrogatories, requests for admission, and requests for production of documents propounded on Plaintiff by Defendants. (ECF Nos. 89, 90, 91.)

It is unclear why Plaintiff filed these documents with the Court. Plaintiff is advised that the Federal Rules of Civil Procedure do not require Plaintiff to file his responses to discovery requests with the Court. Discovery is generally conducted between the parties without the Court's intervention unless a dispute arises between the parties and a party files a motion to compel or other discovery motion. Since no motion to compel has been filed and there is no indication of any discovery dispute between the parties requiring the Court's intervention, Plaintiff's January 26, 2015 will be disregarded because they serve no purpose.

/ / /

/ / /

1

1  Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's January 26, 2015
2 filings are DISREGARDED.

IT IS SO ORDERED.

Dated: **January 28, 2015**

UNITED STATES MAGISTRATE JUDGE