# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERY DYER, et al.,<br><br>    Defendants. | Case No.  1:13-cv-00540-LJO-SAB<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO SUBMIT TO INDEPENDENT MEDICAL EXAMINATION<br><br>ECF NO. 88 |

On January 20, 2015, Defendants in this action filed a motion to compel Plaintiff to submit to an independent medical examination pursuant to Federal Rule of Civil Procedure 35. (ECF No. 88.)  On February 17, 2015, Plaintiff filed a motion for a protective order against any such independent medical examination.  (ECF No. 95.)

Defendants' motion is scheduled to be heard on March 11, 2015.  Plaintiff's motion is scheduled to be heard on March 25, 2015.  Since the matters embraced in these motions are related, the Court will continue the hearing on Defendants' motion and hear both on March 25, 2015.  At the hearing, the Court will also address whether a continuance of the deadline for expert discovery is warranted.

The Court further orders the parties to prepare a Joint Statement re Discovery Disagreement, as required by Local Rule 251.  The parties' Joint Statement re Discovery Disagreement shall be filed no later than March 18, 2015.

Accordingly, it is HEREBY ORDERED that:

1. The hearing on Defendants' motion to compel Plaintiff to submit to an independent medical examination is CONTINUED from March 11, 2015 to March 25, 2015; and

2. The parties shall file a Joint Statement re Discovery Disagreement on or before March 18, 2015.

IT IS SO ORDERED.

Dated: **March 6, 2015**

UNITED STATES MAGISTRATE JUDGE