# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CONLEE, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER DISREGARDING MOTION TO STAY DISCOVERY FOR FAILURE TO COMPLY WITH LOCAL RULE 230<br><br>(ECF Nos. 117, 118) |

On March 20, 2014, Plaintiff Paul Weldon filed a motion to stay discovery in this action for hearing on March 25, 2015. Local Rule 230(b) provides that a noticed motion shall be set on calendar for hearing not less than twenty-eight days after service and filing of the motion. Plaintiff must correct the defective notice of motion. Accordingly, Plaintiff's motion (ECF Nos. 117, 118), filed March 20, 2015, is denied without prejudice for proper noticing. Plaintiff shall correct the defective notice and shall file and serve a new notice of motion setting forth a proper time and date.

IT IS SO ORDERED.

Dated:  **March 24, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1