# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN CONLEE, POLICE OFFICER, FRESNO POLICE DEPARTMENT; ECONO TOWING; MARTY KODMAN, OWNER, ECONO TOWING; ROBERT KODMAN, OWNER, ECONO TOWING; AND BERYLE DODSON, EMPLOYEE, ECONO TOWING,<br><br>        Defendants. | Case No. 1:13-CV-00540-LJO-SAB<br><br>ORDER CLARIFYING APRIL 21, 2015 ORDER; DIRECTING CLERK TO ENTER JUDGMENT; VACATE PRETRIAL AND TRIAL DATES; AND REINSTATE MOTIONS TO RECONSIDER IMPOSITION OF SANCTIONS. |

      On April 21, 2015, the Court granted Defendants' motions for summary judgment and Denied Plaintiff's cross-motion (Doc. 148). Based upon the April 21, 2015 Order, the **Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff and to VACATE the pretrial conference and trial dates.**

      In the April 21, 2015 Order, this Court also agreed with the Magistrate Judge that Plaintiff's conduct warranted sanctions in the amount of $715, Doc. 148 at 7, imposed pursuant to a March 6, 2015 Order granting Defendant's motion to compel. *See* Doc. 103. However, the Court inadvertently declared moot Plaintiff's motion to reconsider the imposition of those sanctions. *See* Doc. 148 at 7. Moreover, on April 22, 2015, Defense counsel informed the court that Plaintiff has made at least some efforts to comply with the Magistrate Judge's prior order, *see* Doc. 149,

noncompliance with which was the basis for sanctions. For all these reasons, the **Clerk of Court is directed to reinstate Plaintiff's motions to reconsider impositions of sanctions** (Docs. 133, 135, 141, and 143), which will be handled by the Magistrate Judge. *See* Local Rules 230 & 302.

This case shall remain open until the matter of sanctions is resolved.

**IT IS SO ORDERED**
**Dated: April 23, 2015**

　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　**United States District Judge**