# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY DYER, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00540-LJO-SAB<br><br>ORDER VACATING ALL MATTERS AND DATES |

On April 24, 2015, the Court issued an order denying Plaintiff's motions for reconsideration and motions to stay the imposition of sanctions. (ECF No. 151.) The April 24, 2015 order neglected to address the hearing set on April 29, 2015. In light of the current disposition of this action, it is HEREBY ORDERED that all pending hearing dates are VACATED, including the hearing set for April 29, 2015.

IT IS SO ORDERED.

Dated:    **April 24, 2015**

UNITED STATES MAGISTRATE JUDGE

1