UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 12 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PAUL WELDON,

        Plaintiff - Appellant,

v.

JOHN CONLEE; et al.,

        Defendants - Appellees.

No. 15-16207

D.C. No. 1:13-cv-00540-LJO-SAB
U.S. District Court for Eastern
California, Fresno

**MANDATE**

The judgment of this Court, entered March 21, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $133.40.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Craig Westbrooke
        Deputy Clerk
        Ninth Circuit Rule 27-7